This action was brought by the defendants in error against the plaintiff in error. There was judgment for the plaintiffs, and the defendant takes writ of error. The judgment is affirmed.

Decision *Per Curiam.*

---

Daniel J. Galvin *et al.*, County Commissioners of Hillsborough County, Florida, Plaintiffs in Error, v. The State of Florida *ex rel.* William T. Lesley, Defendant in Error.

### In Banc.

Writ of error to Circuit Court, Hillsborough county; Joseph B. Wall, Judge.

Phillips & Phillips for plaintiff in error.

John P. Wall for defendant in error.

This action was brought by the defendant in error against the plaintiffs in error. There was judgment for the plaintiff, and the defendants take writ of error. Writ of error dismissed on motion of counsel for the defendant in error.

---

Daniel J. Galvin *et al.*, County Commissioners of Hillsborough County, Florida, Plaintiffs in Error, v. The State of Florida *ex rel.* Mitchell F. McKay, Defendant in Error.

### In Banc.

Writ of error to Circuit Court, Hillsborough county; Joseph B. Wall, Judge.